# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00444-CV

### In re: Chasco Constructors, LTD., LLP, and Charles (Chaz) Glace

#### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relators Chasco Constructors, LTD., LLP, and Charles (Chaz) Glace have filed a petition for writ of mandamus complaining of the trial court's reinstatement of the case following a dismissal for want of prosection. *See* Tex. R. Civ. P. 306a. Having reviewed the petition, the response filed by the real parties in interest, and relevant case law, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Triana and Smith

Filed: August 16, 2019